1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | ROOSEVELT WILLIAMS, JR.,       Case No. CV 15-04781 AG (AFM)

12          Plaintiff,

13                             **JUDGMENT**

      v.

14

15 | STATE OF CALIFORNIA, *et al.*,

16          Defendants.

17
18

      Pursuant to the Court's Order Accepting the Report and Recommendation of

19 the United States Magistrate Judge,

20       IT IS ORDERED AND ADJUDGED that the plaintiff's claims are dismissed

21 without leave to amend and without prejudice for lack of subject matter jurisdiction.

22

23 DATED:  August 31, 2016

24

25                                    _____

                                ANDREW J. GUILFORD

26                       UNITED STATES DISTRICT JUDGE

27
28
1